WILMER CUTLER PICKERING
HALE AND DORR LLP
Mark D. Flanagan     (No. 130303)
Elizabeth I. Rogers   (No. 226234)
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
mark.flanagan@wilmerhale.com
elizabeth.rogers@wilmerhale.com

John A. Rogovin     (*pro hac vice* application pending)
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-3642
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
john.rogovin@wilmerhale.com

*Attorneys for MCI, LLC*

RECEIVED
06 AUG -1 PM 3:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 23 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

06 - 4221

| | |
|---|---|
| ELAINE SPIELFOGEL-LANDIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MCI, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. C 06-3574 VRW<br><br>**APPLICATION FOR ADMISSION OF JOHN A. ROGOVIN *PRO HAC VICE*;** ~~[PROPOSED]~~ **ORDER** |

1

APPLICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Civil L.R. 11-3, John A. Rogovin, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing MCI, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Mark D. Flanagan
   Wilmer Cutler Pickering Hale and Dorr LLP
   1117 California Avenue
   Palo Alto, CA  94304
   (650) 858-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated:      July 26, 2006

_____
John A. Rogovin

## [PROPOSED] ORDER

The Court, having reviewed the foregoing Application, hereby GRANTS the Application for Admission of John A. Rogovin *Pro Hac Vice* in this action.

IT IS SO ORDERED

DATED: _____

_____
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on August 1, 2006, I caused true and correct copies of the foregoing APPLICATION FOR ADMISSION OF JOHN A. ROGOVIN *PRO HAC VICE;* [PROPOSED] ORDER to be served by U.S. mail on:

James M. Finberg
Barry Himmelstein
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
(415) 956-1000 (telephone)
jfinberg@lchb.com
bhimmelstein@lchb.com

*Attorneys for Plaintiff*

_____
Elizabeth I. Rogers